UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number:   18-21670-CIV-MARTINEZ-OTAZO-REYES**

JULIE ARANGO,

       Plaintiff,

vs.

MIAMI INTERNATIONAL MEDICAL CENTER,
LLC d/b/a THE MIAMI MEDICAL CENTER,

       Defendant.

_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court upon Defendant's Notice of Bankruptcy filed June 11, 2018 [ECF No. 11].   Defendant has asked this Court to impose an automatic stay in this litigation pursuant to 11 U.S.C. §362.   Plaintiff has filed no objection to the stay request.   Under section 362(a), Defendant's voluntary filing for bankruptcy pursuant to Chapter 11 entitles it so an automatic stay of these proceedings.

Accordingly, it is **ORDERED AND ADJUDGED:**

1.   These proceedings are **STAYED** pending further notice of Defendant's bankruptcy proceedings.

2.   The Clerk of Court shall mark this case as **ADMINISTRATIVELY CLOSED** and shall deny any pending motions as **MOOT**.

3.   This shall not prejudice the substantive rights of the parities if plaintiff wishes to continue with this action. It is Plaintiff's responsibility to move to reopen this case within ten (10) days of completion of the bankruptcy proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of June, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All counsel